

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. AP-77,054

**RODNEY REED, Applicant**

**v.**

**THE STATE OF TEXAS**

### ON DIRECT APPEAL IN
### CAUSE NO. 8701 FROM THE 21ST DISTRICT COURT
### BASTROP COUNTY

*Per curiam*. KELLER, P.J., filed a dissenting opinion. NEWELL, J., not participating.

### O R D E R

On July 14, 2014, Rodney Reed filed a Chapter 64 Motion for Post-Conviction DNA testing. On November 25, 2014, the convicting court held a hearing on Reed's Chapter 64 motion. The trial judge issued findings of fact and conclusions of law on Reed's motion on December 16, 2014 and denied his request. On February 15, 2015, we received Rodney Reed's direct appeal from the trial court's denial. We now remand the cause to the trial court

for additional findings and conclusions pursuant to Chapter 64.

The trial judge made findings and conclusions under article 64.03(a)(2),[1] but did not make findings on whether the pieces of evidence Reed seeks to have tested satisfy article 64.03(a)(1).[2] Specifically, the trial court shall make the following findings regarding each item Reed seeks to have tested: (1) whether the item still exists and is in a condition making DNA testing possible; (2) whether the item has been subjected to a chain of custody sufficient to establish that it has not been substituted, tampered with, replaced, or altered in any material respect; (3) whether there is a reasonable likelihood that the item contains biological material suitable for DNA testing; and (4) whether identity was or is an issue in this case.[3]

The trial court shall forward these additional findings to this Court within 60 days of this order. Any extensions of time shall be obtained from this Court.


Filed: June 29, 2016
Do not publish

---

[1] TEX. CODE CRIM. PROC. art. 64.03(a)(2)(A)–(B).

[2] *See id.* art. 64.03(a)(1)(A)–(C).

[3] *Id.*